MAY 2, 2003

No. 02–9207. LOTT *v.* OHIO. Sup. Ct. Ohio. Certiorari dismissed under this Court's Rule 46.2.

MAY 5, 2003

No. 01–1459. RILEY, INTERIM DISTRICT DIRECTOR, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT *v.* RADONCIC. C. A. 3d Cir. Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Demore* v. *Kim, ante,* p. 510.

No. 01–1616. WEBER, INTERIM DISTRICT DIRECTOR, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT *v.* PHU CHAN HOANG ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Demore* v. *Kim, ante,* p. 510.

No. 01–1752. WEBER, INTERIM DISTRICT DIRECTOR, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. *v.* SOSA. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Demore* v. *Kim, ante,* p. 510.

No. 02–8263. BROWN *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position taken by the Solicitor General in his brief for the United States filed April 4, 2003.

No. 02–9356. LUNDAHL *v.* COMPTON ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.